UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Michael A. Hammer |
| v. | : | Mag. No. 15-4107 (MAH) |
| ARTHUR SMITH | : | ORDER FOR CONTINUANCE |

This matter having been opened to the Court by Paul J. Fishman, United States Attorney for the District of New Jersey (Robert Frazer, Assistant U.S. Attorney, appearing), and defendant ARTHUR SMITH (David Holman, Esq., AFPD, appearing) for an order granting a continuance of the proceedings in the above-captioned matter; and the defendant being aware that he has the right under 18 U.S.C. § 3161(b) to have the matter presented to a Grand Jury within thirty (30) days of his arrest; and the defendant through his attorney having waived such rights and consented to the continuance; and this being the FIRST continuance presented to the Court; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to negotiate a plea agreement, which would render a trial of this matter unnecessary.

2. Defendant has consented to the aforementioned continuance.

3. The grant of a continuance will likely conserve judicial resources.

4. Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, it is on this ___19th___ day of October 2015,

ORDERED that the proceedings in the above-captioned matter are continued from October 15, 2015 through and including December 1, 2015; and

IT IS FURTHER ORDERED that the period between October 15, 2015 through and including December 1, 2015 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HON. MICHAEL A. HAMMER
United States Magistrate Judge